UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE  Cordell and Monalisa Jones                                            CASE NO. 19-51882

DEBTOR(S)                                                                                 Chapter 13

**ORDER**

This matter having come before the Court upon motion of the debtors to modify their Chapter 13 plan, and the Court having reviewed the record and being sufficiently advised;

IT IS HEREBY ORDERED THAT the debtors' motion is SUSTAINED.

Copies to:

J.D. Kermode
The creditors
Hon. Beverly Burden
United States Trustee

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, August 24, 2020**
(tnw)